**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>DWAYNE LASSITER<br>MELANIE L. LASSITER<br>117 KLAUS TERRACE<br>WARNER ROBINS, GA  31088-2035 | **CHAPTER 13**<br><br><br>**Case Number:** 09-50084-JPS<br><br><br>**ATTORNEY:**  GAIL C. ROBINSON |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $439.38 in unclaimed funds on behalf of the above-referenced debtors. The last known address for the creditor is as follows:

PERFORMANCE CAPITAL MANAGEMENT, LLC
7001 VILLAGE DR, STE 255
BUENA PARK, CA 90621


**DATED:** February 13, 2014

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**