**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>DWAYNE LASSITER<br>MELANIE L. LASSITER<br>117 KLAUS TERRACE<br>WARNER ROBINS, GA  31088-2035 | **CHAPTER 13**<br><br>**Case Number:** 09-50084-JPS<br><br>**ATTORNEY:**  GAIL C. ROBINSON |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $81.70 in unclaimed funds on behalf of the above-referenced debtors.  The last known address for the creditor is as follows:

Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226


**DATED:** February 13, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Camille Hope
　　　　　　　　　　　　　　　　　　　　　　　　**Camille Hope, Trustee**
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 954
　　　　　　　　　　　　　　　　　　　　　　　　Macon, GA 31202
　　　　　　　　　　　　　　　　　　　　　　　　(478) 742-8706